UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYE EVANS,<br><br>    Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORP.,<br><br>    Defendants. | Case No. 18-cv-00960 SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 17, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 5, 2018.

DESIGNATION OF EXPERTS: December 15, 2018; REBUTTAL: January 14, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: February 14, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; October 12, 2018;
    Opp. Due: October 26, 2018; Reply Due: November 2, 2018;
    and set for hearing no later than November 16, 2018 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 9, 2019 at 3:30 PM.

JURY TRIAL DATE: April 22, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 3 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Mediation with Luis Leone shall occur in either June or July 2018.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 5/30/18

SUSAN ILLSTON
United States District Judge