UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYE EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No. 18-cv-00960-SI<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT**<br><br>Re: Dkt. No. 26 |

Plaintiff has filed an administrative motion to amend the complaint to add a defendant. Dkt. No. 26. Defendant Costco Wholesale Corporation ("Costco") has filed a notice of non-opposition. Dkt. No. 27. The Court **GRANTS** the motion for leave to amend the complaint.

The Court notes, however, that adding proposed defendant Avery Lim may destroy diversity jurisdiction. Plaintiff initially filed this case in Contra Costa County Superior Court, and Costco removed the case to this Court on the basis of diversity jurisdiction. Dkt. No. 1. The proposed amended complaint that plaintiff attaches to her administrative motion alleges that plaintiff and Mr. Lim are both citizens of California. *See* Dkt. No. 26-1, Coll Decl., Ex. B ¶¶ 1, 3. The parties shall be prepared to address this issue at the upcoming status conference, set for August 17, 2018, and in the joint case management statement, due to the Court one week prior to the status conference.

**IT IS SO ORDERED**.

Dated: August 6, 2018

_____
SUSAN ILLSTON
United States District Judge