1  JAMES A. QUADRA, State Bar No. 131084
   jquadra@quadracoll.com
2  REBECCA M. COLL, State Bar No. 184468
3  rcoll@quadracoll.com
   QUADRA & COLL, LLP
4  649 Mission Street, 5th Floor
   San Francisco, California 94105
5  Telephone:  (415) 426-3502
6  Facsimile:   (415) 795-4530
   Attorneys for GAYE EVANS
7
   SHARON C. COLLIER, State Bar No.203450
8  scollier@archernorris.com
9  PHILIP GREENAN, State Bar No. 291923
   pgreenan@archernorris.com
10 ARCHER NORRIS
   2033 North Main Street, Suite 800
11 Walnut Creek, CA  94596
   Telephone: (925) 930-6600
12 Facsimile: (925) 930-6620
13 Attorneys for COSTCO WHOLESALE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GAYE EVANS,<br><br>        Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, DOES 1 TO 10,<br><br>        Defendants. | Case No.  18-cv-00960-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REMANDING MATTER TO CONTRA COSTA SUPERIOR COURT AND VACATING AUGUST 17, 2018 CASE MANAGEMENT CONFERENCE** |

WHEREAS, Defendant Avery Lim, a California resident, has been added as a defendant in this matter, and

WHEREAS, complete diversity no longer exists in this matter,

NOW THEREFORE the parties hereby stipulate:

1. This matter should be immediately remanded to Contra Costa Superior Court.

2. The Case Management Conference currently set for August 17, 2018, should be removed from the Court's calendar.

Dated: August 9, 2018         Respectfully submitted,

                                                QUADRA & COLL, LLP

                                                By:  */s/ Rebecca Coll*
                                                     REBECCA COLL
                                                   *Attorneys for GAYE EVANS*

Dated: August 9, 2018         HINSHAW & CULBERTSON, LLP

                                                By:  */s/ Sharon C. Collier*
                                                     SHARON C. COLLIER
                                                   *Attorneys for COSTO WHOLESALE CORP.*

### **FILER'S ATTESTATION**

I, Rebecca Coll, am the ECF user whose identification and password are being used to file this Stipulation and Proposed Order. In compliance with Local Rules, I hereby attest that all party signatories hereto concur in this filing.

August 9, 2018                                       */s/ Rebecca Coll*
                                                           REBECCA COLL

| | |
|---|---|
| 1 | IT IS SO ORDERED that this matter is remanded to Contra Costa Superior Court. The |
| 2 | Case Management Conference set for August 17, 2018 is vacated. |
| 3 | |
| 4 | Dated: 8/10/18 |
| | Susan Illston |
| 5 | UNITED STATES DISTRICT COURT JUDGE |